524

458 A.2d 935
COMMONWEALTH of Pennsylvania

v.

Donald KIBLER, Petitioner.

Supreme Court of Pennsylvania.

April 27, 1983.

## ORDER

PER CURIAM

Petition for allowance of appeal granted. Order of the Superior Court vacated and case remanded for consideration in light of *Commonwealth v. Sorrell,* 500 Pa. 355, 456 A.2d 1326 (1982) (reargument denied, March 11, 1983).

Mr. Justice NIX, Mr. Justice McDERMOTT and Mr. Justice HUTCHINSON dissent. *See Commonwealth v. Sorrell,* 500 Pa. 355, 456 A.2d 1326 (1982) (Nix, J. dissenting joined by Hutchinson, J.) (McDermott, J. dissenting).